## 29345. CHAPMAN *v.* THE STATE.

DECIDED JANUARY 21, 1942.

*Kelly & Hicks,* for plaintiff in error.
*Henderson L. Lanham, solicitor-general,* contra.

BROYLES, C. J. Leonard Chapman was convicted of the offense of unlawfully shooting at another, and his motion for new trial was overruled. The verdict was authorized by the evidence. A special ground of the motion complains of the admission of certain oral evidence, but the name of the witness so testifying is not stated therein; and therefore this court can not pass upon the assignment of error. *Hunter* v. *State,* 148 *Ga.* 566 (97 S. E. 523); *Plemmons* v. *Sharp,* 156 *Ga.* 571 (3) (119 S. E. 532). The other special assignment of error is not argued or insisted on in the brief of counsel for the plaintiff in error, and therefore, it is treated as

abandoned. The refusal of the court to grant a new trial was not error. *Judgment affirmed. MacIntyre and Gardner, JJ., concur.*